**Appeal Dismissed and Memorandum Opinion filed April 29, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00152-CV

## EX PARTE G.R.G., A CHILD

**On Appeal from the 257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-14923**

## MEMORANDUM OPINION

This is an attempted appeal from the denial of a petition for a writ of habeas corpus under section 157.372 of the Family Code. The record on appeal does not contain an order denying the petition, but appellant's notice of appeal states the trial court orally denied the petition and a written order is pending signature. Appellant has also filed a petition for writ of mandamus in this court regarding the denial. *See In re N.B.G.*, No. 14-21-00150-CV.

The Family Code does not authorize an appeal in this habeas corpus proceeding. *Maadani v. Ward*, 611 S.W.3d 460, 461 (Tex. App.—Houston [14th Dist.] 2020, no pet.) (per curiam). The only available review is through a petition for

a writ of mandamus. *See id.* at 462.

On April 6, 2021, we notified the parties that this appeal would be dismissed for lack of jurisdiction unless any party files a response on or before April 16, 2021, showing meritorious grounds for continuing the appeal. No response was filed.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.